# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MAJORS, ) | |
| ) | 2: 14-cv-01484 |
| Plaintiff, ) | Electronic Filing |
| ) | |
| v. ) | Judge David Stewart Cercone |
| ) | |
| CHRIS THORPE and MD BAR & ) | United States Magistrate Judge |
| GRILL, ) | Cynthia Reed Eddy |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case was commenced on October 31, 2014, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On November 12, 2014, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 5) recommending, pursuant to the screening requirements for litigants proceeding *in forma pauperis*, that the Complaint be dismissed *sua sponte* for failure to state a claim upon which relief can be granted. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until December 1, 2014, to file written objections to the Report and Recommendation. Plaintiff has not filed any objections nor has he sought an extension of time in which to do so.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this <u>10</u> day of December, 2014:

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted;

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 5) dated November 12, 2014, is **ADOPTED** as the Opinion of the Court;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**; and

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

<u>DS Cercone</u>
David Stewart Cercone
United States District Judge

cc: Christopher Majors
Westmoreland County Prison
3000 S. Grande Blvd
Greensburg, PA 15601
(*Via First Class Mail*)